IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| DARRYL HENDERSON,                )<br>                                                          )<br>      Plaintiff,                              )<br>                                                          )      CIVIL ACTION FILE NO.<br>v.                                                     )<br>                                                          )      3:13-cv-87-TCB<br>CITY OF GRANTVILLE, GEORGIA, )<br>                                                          )<br>      Defendant.                            )<br>_____)  | |

### ORDER

This matter is before the Court on the parties' second joint motion to settle Plaintiff's claims under the Fair Labor Standards Act. Upon consideration of the terms of the proposed agreement of Plaintiff's retaliation claim, the Court finds the terms to be reasonable and appropriate under the circumstances. The parties' joint motion to approve the settlement of Plaintiff's retaliation claim is therefore GRANTED.

Accordingly, Plaintiff shall recover $10,625.00 in lost wages and $10,625.00 as liquidated damages pursuant to 29 U.S.C. §§ 206 and 216(b), and the parties shall be governed by the other terms of the settlement agreement. Further, in accordance with the Court's order approving the partial settlement on March 26, 2014, [Doc. 29], and the present settlement agreement, Plaintiff is directed to file a petition for fees and costs in accordance with Local Rule 54.2.

**SO ORDERED** this _13th_ day of November, 2014.

_____
TIMOTHY C. BATTEN, Judge
United States District Court